**Order issued October 20 , 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-13-00260-CR
_____

### GARY DON JENNINGS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

## O R D E R

Before Justices FitzGerald, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **GRANT** the May 28, 2014 motion of Riann C. Moore for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Riann C. Moore as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Gary Don Jennings, TDCJ No. 1836900, Travis County State Jail, 8101 FM 969, Austin, Texas, 78724.

/ Craig Stoddart/
CRAIG STODDART
JUSTICE